

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-15-00030-CV

David **PERALTA**,
Appellant

v.

**MASSACHUSSETTS INSTITUTE OF TECHNOLOGY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 333462
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The trial court signed a final judgment on October 16, 2014. Appellant's notice of appeal was due to be filed on November 17, 2014. *See* TEX. R. APP. P. 26.1(a). Appellant filed a notice of appeal on November 18, 2014. A motion for extension of time in which to file the notice of appeal was due on December 1, 2014, but was not filed. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.–San Antonio 1998, no pet.) (stating same under current Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, no later than March 23, 2015, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.



Keith E. Hottle
Clerk of Court

